# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Moises Guadalupe Ayala-Alvarez,<br>　　　　Defendant. | No. CR-17-01850-TUC-JGZ (JR)<br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Jacqueline M. Rateau that recommends granting Defendant's Motion to Withdraw Guilty Plea (Doc. 44).

　　　　A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

　　　　Upon review of the record, the Court will adopt Magistrate Judge Rateau's

//
//
//
//
//
//

recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59; *Thomas v. Arn,* 474 U.S. 140, 149–54 (1985).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Rateau's Report and Recommendation (Doc. 44) is accepted and adopted;
2. Defendant's Motion to Withdraw Guilty Plea (Doc. 33) is GRANTED;
3. This matter is set for trial to commence on **Tuesday, July 10, 2018**;
4. The plea deadline is **Friday, June 22, 2018**.

Dated this 10th day of May, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge